IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | 3:20-CR-216 |
| PABLO RAMIREZROSALES | § | |

## WAIVER OF ARRAIGNMENT

The undersigned Defendant, Pablo Ramirezrosales, by counsel, waives formal pre-trial arraignment and preparation time between arraignment and trial, and agrees to be arraigned at time of trial, and enters a plea of not guilty.

The undersigned attorney hereby enters appearance as attorney of record for Pablo Ramirezrosales and agrees that the cause be set for trial per the court scheduling order.

Respectfully submitted,

Colleen A. Dunbar
3141 Hood Street
Suite 100
Dallas, Texas  75219
Tel:  (214) 535-9935
Fax: (214) 528-2079

By: /s/ Colleen A. Dunbar
Colleen A. Dunbar
State Bar No. 06208500
cadlaw76@gmail.com
Attorney for Pablo Ramirezrosales

*Waiver of Arraignment – page 1*

Approved as to Form & Content:

_Ramires Pablo_
Pablo Ramirezrosales, Defendant


Signed on _September 10, 2020_.


_____
JUDGE PRESIDING